UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALD LAURENT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-643-JWD-EWD** |
| **LOUISIANA GENERATING, LLC, ET AL.** | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 28, 2023 (Doc. 12), to which no objection was filed,

**IT IS ORDERED** that the Motion to Remand (Doc. 10) filed by Plaintiff Gerald Laurent, is **GRANTED**, and that this matter is **REMANDED** to the Eighteenth Judicial District Court for the Parish of Pointe Coupee, State of Louisiana.

Signed in Baton Rouge, Louisiana, on <u>August 15, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**